IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK R. KING,<br>    Debtor.<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>vs.<br><br>Bank of New York as trustee for CWABS 2007-SD1,<br><br>    Respondent. | CHAPTER 13<br>CASE NO. 12-23571 JAD |

## ORDER GRANTING *PRO HAC VICE* ADMISSION

A motion being duly filed to admit David E. Hart, Attorney for Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SDI, pro hac vice, and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that David E. Hart be and is hereby admitted to practice before this court for the purposes of appearing *Pro Hac Vice* in the above-captioned matter.

8-15-2016

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
8/15/16 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1889726 v1/15601.0157

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-23571-JAD
Mark R. King                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Aug 15, 2016
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2016.
db         +Mark R. King,    442 Rudolph Run Road,    Spraggs, PA 15362-1308
aty        +David E. Hart,    Maddin Hauser Roth & Heller, P.C.,    28400 Northwestern Highway,   2nd Fl,
             Southfield, MI 48034-1839
aty        +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Debtor Mark R. King dwhite@zeblaw.com,
               michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7