IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK R. KING,<br>    Debtor.<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>vs.<br><br>Bank of New York as trustee for SCWABS 2007-SD1,<br><br>    Respondent.<br>_____ | CHAPTER 13<br>CASE NO. 12-23571 JAD<br><br><br>Related to Doc. No. 108 |

### SECOND MODIFIED ORDER CONSOLIDATNG HEARINGS ON CHAPTER 13 TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS

WHEREAS Chapter 13 Trustee Ronda J. Winnecour (the "Chapter 13 Trustee") having filed a motion to compel and for sanction (DKT. No. 68) and a motion to compel production of documents versus Bank of New York, as Trustee for SCWABS 2007-SD1 ("BONY") (DKT. No. 80, collectively, the "Motions"), BONY having produced a representative for a Rule 2004 Examination, the parties requiring additional time to acquire the transcript of, review and consider the implications of the testimony given as well as for the parties to engage in discussions in an effort to resolve the motions without additional litigation;

IT IS ORDERED that the hearing on the Motions is continued to October 5, 2016 and Respondent, BONY shall respond to the Motions by September 28, 2016.

FILED
9/6/16 4:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                        9-6-2016
_____
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

1896263 v1/15601.0157                1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark R. King  
    Debtor

Case No. 12-23571-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Sep 07, 2016  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.  
db         +Mark R. King,    442 Rudolph Run Road,    Spraggs, PA 15362-1308  
aty       +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al... agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1 agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Daniel R. White    on behalf of Debtor Mark R. King dwhite@zeblaw.com, michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                         TOTAL: 7