#111

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

MARK R. KING,
    Debtor.

Ronda J. Winnecour, Chapter 13 Trustee,

    Movant,

vs.

Bank of New York as trustee for SCWABS 2007-SD1,

    Respondent.

CHAPTER 13
CASE NO. 12-23571 JAD

Related to Docs. #68, 80

### THIRD MODIFIED ORDER CONSOLIDATNG HEARINGS ON CHAPTER 13 TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS

WHEREAS Chapter 13 Trustee Ronda J. Winnecour (the "Chapter 13 Trustee") having filed a motion to compel and for sanction (DKT. No. 68) and a motion to compel production of documents versus Bank of New York, as Trustee for SCWABS 2007-SD1 ("BONY") (DKT. No. 80, collectively, the "Motions"), BONY having produced a representative for a Rule 2004 Examination, the parties having acquired the transcript of, reviewed and considered the implications of the testimony given and are engaged in discussions in an effort to resolve the motions without additional litigation, counsel for the parties believing that a resolution will result;

IT IS ORDERED that the hearing on the Motions is continued to November 2, 2016 and Respondent, BONY shall respond to the Motions by October 26, 2016.

_____
JEFFERY A. DELLER    sjk
CHIEF U.S. BANKRUPTCY JUDGE

1911957 v1/15601.0157      1

FILED
9/29/16 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark R. King  
    Debtor

Case No. 12-23571-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Sep 29, 2016  
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
```
db          +Mark R. King,    442 Rudolph Run Road,    Spraggs, PA 15362-1308
aty         +David E. Hart,   Maddin Hauser Roth & Heller, P.C.,   28400 Northwestern Highway,   2nd Fl,
             Southfield, MI 48034-1839
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel R. White    on behalf of Debtor Mark R. King dwhite@zeblaw.com,
           michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, et al...
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```