# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MARK R. KING |
| Case Number: | 12-23571-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 02, 2016  10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

## Matter:

CONTINUED - Trustee's Motion To Compel And For Sanctions [v. Bank of New York as trustee for CWABS 2007-SD1] filed by Ronda J. Winnecour, Esquire, Chapter 7 Trustee
- Response filed 12/30/2015 by The Bank of New York Mellon f/k/a The Bank of New York, As Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2007-SD-1 at Doc. # 72 [Due 12/30/2015]
- Hearing Held 1/13/2016 - Continued To 4/6/2016
- Order Entered 2/24/2016 Rescheduling Hearing To 4/20/2016
- Order Entered 3/22/2016 Reschedluling Hearing To 5/4/2016
- Order Entered 4/29/2016 Rescheduling Hearing to 7/13/2016
- Stipulation Entered 7/6/2016 Rescheduling Hearing Until 9/7/2016
- Stipulation Entered 9/6/2016 Rescheduling Hearing until 10/5/2016
- Stipulation Entered 9/29/2016 Rescheduling Hearing until 11/2/2016
- Stipulation Filed 10/26/2016 @ Doc. #115
- Response by Bank of New York as Trustee for CWABS 2007-SD1 filed 10/26/2016 @ Doc. #116

R / M #: 68 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR ✓ / BEDFORD / PAIL
DEBTOR(S):  Daniel R. White, Esq.
CREDITOR: Andrew F. Gornall, Esq.   /D. Hart

FILED
11/2/16 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
  ✓ For At Least 30 Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at _____
  ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge