IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARK R. KING,  : Bankruptcy No. 12-23571JAD
 :
 : Doc. # 68
 :
Debtor(s).  : Chapter 13

## ORDER

AND NOW, this **2nd** day of **November, 2016**, a hearing having been held on November 2, 2016 regarding *the Continued Trustee's Motion To Compel and for Sanctions [v. Bank of New York as Trustee for CWABS 2007-SD1]* at **Doc. #68**,

IT IS HEREBY ORDERED THAT the hearing on said matter **IS CONTINUED to December 14, 2016**, at **10:00 AM** in **Courtroom D, US Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh, Pennsylvania, 15219.**

_____ sjk
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL COPY TO:

Debtor
Debtor's Counsel
Counsel for Bank of New York
Joshua I. Goldman, Esq.
Chapter 13 Trustee
Office of U.S. Trustee

FILED
11/2/16 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00019052

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23571-JAD
Mark R. King                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1               Date Rcvd: Nov 02, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.
db              +Mark R. King,    442 Rudolph Run Road,    Spraggs, PA 15362-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al...
     agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Andrew F Gornall    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1
     agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Daniel R. White    on behalf of Debtor Mark R. King dwhite@zeblaw.com, gianna@zeblaw.com
    Joshua I. Goldman    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1
     bkgroup@kmllawgroup.com
    Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, et al...
     bkgroup@kmllawgroup.com
    Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                        TOTAL: 10