IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARK R. KING,

          Debtor(s).

: Bankruptcy No. <u>12-23571JAD</u>
:
: Related to Doc. #68
:
: Chapter 13

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

## ORDER

AND NOW, this <u>14th</u> day of <u>December, 2016</u>, a hearing having been held on 12/14/2016 on the <u>Motion To Compel and For Sanctions</u> filed by <u>Ronda J. Winnecour, Chapter 13 Trustee</u> at Doc. #<u>68</u>,

IT IS HEREBY ORDERED THAT the hearing on said matter IS CONTINUED TO <u>February 8, 2017</u>, at <u>10:00 AM</u> in <u>Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219</u>.

_____ sjk
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL COPY TO:

Debtor
Debtor's Counsel
David Hart, Esq.
Chapter 13 Trustee
Office of United States Trustee

FILED
12/14/16 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00019958

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 12-23571-JAD
Mark R. King                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Dec 14, 2016
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db        +Mark R. King,   442 Rudolph Run Road,   Spraggs, PA 15362-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   The Bank of New York Mellon, et al...
         agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall   on behalf of Creditor   Bank of New York as trustee for CWABS 2007-SD1
         agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Daniel R. White   on behalf of Debtor Mark R. King dwhite@zeblaw.com,
         gianna@zeblaw.com;dwhite.zmw@gmail.com
        Joshua I. Goldman   on behalf of Creditor   Bank of New York as trustee for CWABS 2007-SD1
         bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   The Bank of New York Mellon, et al...
         bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                                TOTAL: 10