# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Mark R. King
      Debtor(s)

CHAPTER 13

BKY. NO. 12-23571

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5214

        Respectfully submitted,

        **/s/ James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        jwarmbrodt@kmllawgroup.com
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Phone: 215-825-6306
        Fax: 215-825-6406
        Attorney for Movant/Applicant