IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK R. KING,<br>  Debtor.<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>  Movant,<br><br>vs.<br><br>Bank of New York as trustee for SCWABS 2007-SD1,<br><br>  Respondent. | CHAPTER 13<br>CASE NO. 12-23571 JAD<br><br><br>Related to Doc. #129 |

### ORDER DECLARING WITHDRAWN
### THE CHAPTER 13 TRUSTEE'S MOTIONS TO COMPEL AND FOR SANCTIONS

WHEREAS, the Chapter 13 Trustee, Ronda J. Winnecour (the "Chapter 13 Trustee") having filed a Motion to Compel and for Sanctions (Dkt. No. 68) and a Motion to Compel Production of Documents versus Bank of New York, as Trustee for Schwabs 2007-SD1 ("BONY") (Dkt. No. 80), (collectively, the "Motions"), and the Chapter 13 Trustee and BONY having reached and consummated a resolution, pursuant to which a credit was made to the mortgage account of the Debtor and an Affidavit attesting to same was provided, with regard to the Motions;

IT IS HEREBY ORDERED that the Chapter 13 Trustee's Motion to Compel and for Sanctions (Dkt. No. 68) and the Chapter 13 Trustee's Motion to Compel Production of Documents (Dkt. No. 80) are hereby declared withdrawn. All adjourned hearings regarding such Motions are hereby cancelled.

1-24-2017

JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

FILED
1/24/17 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1951782 (15601-0157)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark R. King  
    Debtor

Case No. 12-23571-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jan 24, 2017  
    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.  
db         +Mark R. King,    442 Rudolph Run Road,    Spraggs, PA 15362-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon, et al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Daniel R. White    on behalf of Debtor Mark R. King dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com  
        David E. Hart    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1 , csego@maddinhauser.com  
        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, et al... bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, et al... bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    Bank of New York as trustee for CWABS 2007-SD1 bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                TOTAL: 12