B 10 (Supplement 2) (12/11)

WITHDRAWAL

# UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania, Pittsburgh Division

In re __Mark R King Sr.___   Case No. __12-23571___
 Debtor   Chapter 13

**Notice of Postpetition Mortgage Fees, Expenses, and Charges**

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankrupty Rule 3002.1.

Name of creditor: __Bank of New York as trustee for CWABS 2007-SD1___   Court claim no. (if known): __1___

Last four digits of any number you use to identify the debtor's account: __5214___

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?
X No
  Yes. Date of the last notice: __/ /___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | | (3) $ 0.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | 07/10/2014 | (7) $ 15.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) $ 0.00 |