**Fill in this information to identity the case:**

Debtor 1    Mark R King Sr.

Debtor 2

United States Bankruptcy Court for the:    Western District of Pennsylvania, Pittsburgh Division    District of    PA
(State)

Case number    1223571

WITHDRWAL

## Official Form 410S2

**Notice of Postpetition Mortgage Fees, Expenses, and Charges** 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor:    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1

Court claim no. (if known)    1-1

**Last four digits** of any number you use to identify the debtor's account:    5214

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1  Late Charges | | |
| 2  NSF Fees | | |
| 3  Attorneys Fees | | |
| 4  Filing Fees and Court Costs | | |
| 5  Bankruptcy/Proof Of Claim Fees | | |
| 6  Appraisal / BPO Fees | | |
| 7  Property Inspection Fees | 2/20/2017 | $15.00 |
| 8  Tax Advances (Non-Escrow) | | |
| 9  Insurance Advances (Non-Escrow) | | |
| 10  Property Preservation Expenses | 12/15/2016 | $15.00 |
| 11  Other Fee 1 | | |
| 12  Other Fee 2 | | |
| 13  Other Fee 3 | | |
| 14  Other Fee 4 | | |

WITHDRAWAL (stamped across form)