# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**CASE NAME**         MARK R. KING

**CASE NO.**          12-23571-JAD

**RELATED TO**        141
**DOCUMENT NO.**

# NOTICE REGARDING
# NONCONFORMING DOCUMENT

The Withdrawal that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Withdrawal must be re-filed with an original signature and address of the party filing the Withdrawal, as well as a Certificate of Service indicating the affected parties served with the Withdrawal.

You must file a corrected Withdrawal within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the** Withdrawal **that is filed in response to this Notice.**

| August 11, 2017 | Melissa Guthrie |
|---|---|
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark R. King  
    Debtor

Case No. 12-23571-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 11, 2017  
                 Form ID: pdf901     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
         +Bruce Coleman,   Shell Point Mortgage Servicing,   75 Beattie Place,   Suite 300,    Greenville, SC 29601-2138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr            Bank of New York as trustee for CWABS 2007-SD1  
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
         Andrew F Gornall   on behalf of Creditor   Bank of New York as trustee for CWABS 2007-SD1    agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall   on behalf of Creditor   The Bank of New York Mellon, et al...    agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Daniel R. White   on behalf of Debtor Mark R. King dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com  
         David E. Hart   on behalf of Creditor   Bank of New York as trustee for CWABS 2007-SD1 , csego@maddinhauser.com  
         James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon, et al... bkgroup@kmllawgroup.com  
         Joshua I. Goldman   on behalf of Creditor   Bank of New York as trustee for CWABS 2007-SD1 bkgroup@kmllawgroup.com  
         Joshua I. Goldman   on behalf of Creditor   The Bank of New York Mellon, et al... bkgroup@kmllawgroup.com  
         Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                  TOTAL: 12