**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

<div style="color:red">**DEFAULT O/E JAD**</div>

IN RE:

    MARK R. KING

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:12-23571 JAD

Chapter 13

Document No.:    148

ORDER OF COURT

AND NOW, this _____6th_____ day of ___November___, 20 _17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    sjk

Jeffery A. Deller

FILED
11/6/17 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 12-23571-JAD
Mark R. King                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil            Page 1 of 1          Date Rcvd: Nov 06, 2017
                             Form ID: pdf900        Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db           +Mark R. King,    442 Rudolph Run Road,    Spraggs, PA 15362-1308
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13423009     +Bank of America/BAC Home Loans Servicing,    Bankruptcy Department,   7105 Corporate Drive,
              Plano, TX 75024-4100
13889032      Bank of New York as trustee for CWABS 2007-SD1,    c/o Shellpoint Mortgage Servicing,
              P.O. Box 10826,   Greenville, SC 29603-0826
13440092      PA SCDU,   P.O. Box 69112,   Harrisburg, PA  17106-9112
13515409      The Bank of New York Mellon et al,    Bank of America, N.A.,   P.O. Box 660933,
              Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13423010     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2017 01:16:13
              Sherman Acquisition II, LP,   Assignee of Sears, Roebuck and Co.,   15 South Main Street,
              Greenville, SC 29601-2743
                                                                                   TOTAL: 1


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BANK OF AMERICA, N.A.
cr            Bank of New York as trustee for CWABS 2007-SD1
cr            The Bank of New York Mellon, et al...
                                                                      TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon, et al...
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   Bank of New York as trustee for CWABS 2007-SD1
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel R. White    on behalf of Debtor Mark R. King dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          David E. Hart    on behalf of Creditor   Bank of New York as trustee for CWABS 2007-SD1 ,
           csego@maddinhauser.com
          James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, et al...
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   Bank of New York as trustee for CWABS 2007-SD1
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon, et al...
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                      TOTAL: 12