**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MARK R. KING | Case No.:12-23571 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/13/2012 and confirmed on 09/21/2012. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 67,455.14 |
| Less Refunds to Debtor | 2,083.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 65,371.82 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,735.36 | |
| Trustee Fee | 2,531.11 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,266.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK - TRUSTEE FOR CW<br>Acct: 5214 | 0.00 | 38,578.36 | 0.00 | 38,578.36 |
| BANK OF NEW YORK - TRUSTEE FOR CW<br>Acct: 5214 | 18,526.99 | 18,526.99 | 0.00 | 18,526.99 |
| | | | | 57,105.35 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARK R. KING<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARK R. KING<br>Acct: | 808.29 | 808.29 | 0.00 | 0.00 |
| MARK R. KING<br>Acct: | 1,275.03 | 1,275.03 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>Acct: | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |

| 12-23571 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority
    ZEBLEY MEHALOV & WHITE PC              1,435.36          1,435.36          0.00          0.00
        Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-17
    PA SCDU*                                                             0.00             0.00          0.00          0.00
        Acct: XXXXX4304
    DOMESTIC RELATIONS OBLIGATION                        0.00             0.00          0.00          0.00
        Acct:
    BANK OF NEW YORK - TRUSTEE FOR CW                   0.00             0.00          0.00          0.00
        Acct: 5214
    BANK OF NEW YORK - TRUSTEE FOR CW                   0.00             0.00          0.00          0.00
        Acct: 5214

\*\*\*N O N E\*\*\*

Unsecured
    SHERMAN ACQUISITION LLC                               0.00             0.00          0.00          0.00
        Acct: XXXXXXXX2004
    EQUITABLE GAS CO (*)                                     0.00             0.00          0.00          0.00
        Acct:

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                               57,105.35

TOTAL CLAIMED
  PRIORITY                                 0.00
  SECURED                           18,526.99
  UNSECURED                          0.00

Date: 02/21/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com